IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **WILLIAM OXLEY,** *on behalf of himself and all others similarly situated*, | § § § | |
| **Plaintiff,** | § § | |
| v. | § § | Civil Action No.: 3:08-CV-1821 |
| **CAIN FENCE RENTAL INC.,** | § § | ECF |
| **Defendant.** | § § | |

**ORDER**

On April 10, 2009, the Court ordered the parties to file a Joint Report on or before May 21, 2009. On May 26, 2009, Defendant Cain Fence, Inc., filed its Report Regarding Contents of Scheduling Order. Plaintiff did not join in the this report, but instead filed a separate report with the Court on May 27, 2009.

IT IS THEREFORE ORDERED that the Court will hold a hearing on **June 3, 2009,** at **9:30 a. m**. for counsels for the parties to show cause as to why they did not comply with an order of this Court. The hearing will convene in United States District Judge's Courtroom 1505, 1100 Commerce Street, Dallas, Texas. Lead counsel for both parties are ORDERED to attend.

**SO ORDERED** on this **28th** day of **May, 2009.**

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**